IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>INACOM CORP., et al., [1]<br><br>　　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 00-2426 (PJW)<br>(Jointly Administered) |
| INACOM CORP., on behalf of all affiliated Debtors,<br><br>　　　　　　　　　Plaintiff,<br><br>v.<br><br>GE ELECTRICAL DISTRIBUTION AND CONTROL, d/b/a GENERAL ELECTRIC COMPANY,<br><br>　　　　　　　　　Defendant. | Civil Action No. 04-614 GMS<br><br><br>Adversary Case No. 03-50504 (PJW)<br>Bankruptcy Case No. 00-2426 (PJW) |
| INACOM CORP., on behalf of all affiliated Debtors,<br><br>　　　　　　　　　Plaintiff,<br><br>v.<br><br>GE INDUSTRIAL SYSTEMS, d/b/a GENERAL ELECTRIC COMPANY,<br><br>　　　　　　　　　Defendant. | Civil Action No. 04-608 GMS<br><br><br>Adversary Case No. 03-50497 (PJW)<br>Bankruptcy Case No. 00-2426 (PJW) |

---

[1] The Debtors are the following entities: InaCom Corp.; InaCom Latin America; InaCom Solutions, Inc.; InaCom Communications, Inc.; InaComp Financial Services, Inc.; Perigee Communications, Inc.; Networks, Inc.; Gorham Clark, Inc.; InaCom International, Inc.; InaCom Tennessee, Inc.; InaCom Professional Services, Inc.; Kure Associates, Inc.; Office Products of Minnesota, Inc.; Boston Computer Exchange Corporation; PC Technical Services, Inc.; Vanstar Corporation; Computerland International Development, Inc.; Computerport World Trade, Inc.; Vanstar International Corporation; VST West, Inc.; VST Illinois, Inc.; VSTNC, Inc.; Cland Tex, Inc.; InaCom Government Systems, Inc.; Contract Data, Inc.; Computer Professionals, Inc.; Vanstar Professional Technical Resources, Inc.

42125-003\DOCS_LA:140165.1

| | |
|---|---|
| INACOM CORP., on behalf of all affiliated Debtors,<br><br>                        Plaintiff,<br><br>v.<br><br>GE POWER SYSTEMS, d/b/a GENERAL ELECTRIC COMPANY,<br><br>                        Defendant. | Civil Action No. 04-607 GMS<br><br>Adversary Case No. 03-50496 (PJW)<br>Bankruptcy Case No. 00-2426 (PJW) |
| INACOM CORP., on behalf of all affiliated Debtors,<br><br>                        Plaintiff,<br><br>v.<br><br>GE SUPPLY, d/b/a GENERAL ELECTRIC COMPANY,<br><br>                        Defendant. | Civil Action No. 04-613 GMS<br><br>Adversary Case No. 03-50502 (PJW)<br>Bankruptcy Case No. 00-2426 (PJW) |
| INACOM CORP., on behalf of all affiliated Debtors,<br><br>                        Plaintiff,<br><br>v.<br><br>GE CORPORATE R&D, d/b/a GENERAL ELECTRIC COMPANY,<br><br>                        Defendant. | Civil Action No. 04-611 GMS<br><br>Adversary Case No. 03-50500 (PJW)<br>Bankruptcy Case No. 00-2426 (PJW) |

| | |
|---|---|
| INACOM CORP., on behalf of all affiliated Debtors,<br><br>                           Plaintiff,<br><br>v.<br><br>GE ELECTRIC LIGHTING, d/b/a GENERAL ELECTRIC COMPANY,<br><br>                           Defendant. | Civil Action No. 04-609 GMS<br><br>Adversary Case No. 03-50498 (PJW)<br>Bankruptcy Case No. 00-2426 (PJW) |

## NOTICE AND REQUEST FOR STATUS CONFERENCE

As the Court may recall, the above-referenced adversaries were settled by Plaintiff and Defendants (the "Parties") and the settlement was approved by the Committee of Unsecured Creditors on December 11, 2004, pursuant to the omnibus order and procedures established in the Plan of Liquidation.

To date, the parties have not executed the settlement documents.

Plaintiff requests a status conference with the Court in order to establish a reasonable time frame to get the documents finalized, settlement monies exchanged, and the adversaries dismissed.

Dated: June 1, 2005                PACHULSKI, STANG, ZIEHL, YOUNG, JONES
                                   & WEINTRAUB P.C.

                                   /s/ Laura Davis Jones
                                   _____
                                   Laura Davis Jones (DE Bar No. 2436)
                                   Andrew W. Caine (CA Bar No. 110345)
                                   Jeffrey P. Nolan (CA Bar No. 158923)
                                   Sandra G. McLamb (Bar No. 4283)
                                   919 North Market Street, 16th Floor
                                   P.O. Box 8705
                                   Wilmington, Delaware 19899-8705 (Courier 19801)
                                   Telephone: (302) 652-4100
                                   Facsimile: (302) 652-4400

                                   Counsel for Debtors and Debtors in Possession
                                   INACOM CORP.


Dated: May 31, 2005                LAW OFFICES OF GLENN REISMAN

                                   /s/ Glenn Reisman
                                   _____
                                   Glenn Reisman, Esq.
                                   Two Corporate Drive, Suite 636
                                   P.O. Box 861
                                   Shelton, CT 06484-0861
                                   Telephone: (203) 944-3043
                                   Facsimile: (203) 944-3044

                                   Counsel for Defendants, GE POWER SYSTEMS, a/k/a
                                   GENERAL ELECTRIC COMPANY, GE CORPORATE
                                   RESEARCH & DEVELOPMENT, et al.