## CERTIFICATE OF SERVICE

I, Sandra G. McLamb, hereby certify that on this 1st day of June 2005, I caused a copy of the foregoing *Notice and Request for Status Conference* to be served on the individual(s) listed below in the manner indicated herein.

**First Class Mail**
Glenn M. Reisman, Esq.
General Electric Company
(Power Systems Division)
Two Corporate Drive
P.O. Box 861
Shelton, Connecticut 06484

Sandra G. McLamb (Bar No. 4283)