IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re INACOM CORP., *et al.*, | Bankruptcy Case No. 00-2426 (PJW) |
| INACOM CORP., on behalf of all affiliated Debtors,<br>      Plaintiff,<br> v.<br>GE POWER SYSTEMS a/k/a GENERAL ELECTRIC COMPANY,<br>      Defendant. | Civil Action No. 04-607 (GMS)<br><br>Adversary Case No. 03-50496 (PJW) |

## NOTICE AND STIPULATION OF
## VOLUNTARY DISMISSAL WITH PREJUDICE OF COMPLAINT

**PLEASE TAKE NOTICE** that, pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, as made applicable hereto by Rule 7041 of the Federal Rules of Bankruptcy Procedure, plaintiff InaCom Corp., *et al.*, on behalf of all affiliated debtors, and defendant GE Power Systems a/k/a General Electric Company hereby stipulate to the voluntary dismissal with prejudice of the *Complaint for Breach of Contract* (Docket No. 1 in the United States Bankruptcy Court for the District of Delaware, Adversary Case No. 03-50496 (PJW)) (the "Complaint") in the above-captioned action.

42125-003\DOCS_DE:113231.1

The parties stipulate to the dismissal of the Complaint with prejudice because the parties therein have settled the dispute at issue, and each party shall bear its own costs and attorneys fees incurred in the proceeding.

Dated: January 11, 2005

PACHULSKI, STANG, ZIEHL, YOUNG, JONES & WEINTRAUB P.C.

/s/ Laura Davis Jones
Laura Davis Jones (Bar No. 2436)
Sandra G. M. Selzer (Bar No. 4283)
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400

Andrew W. Caine (Bar No. 110345)
Jeffrey P. Nolan (Bar No. 158923)
10100 Santa Monica Blvd., Suite 1100
Los Angeles, CA 90067
Telephone: (310) 277-6910
Facsimile: (310) 201-0760

Counsel for Debtor/Plaintiff

LANDIS RATH & COBB LLP

/s/ Daniel B. Rath
Daniel B. Rath (Bar No. 3022)
Rebecca L. Butcher (Bar No. 3816)
919 Market Street
Suite 600
Wilmington, DE 19801
Telephone: (302) 467-4420
Facsimile: (302) 467-4450

Counsel for GE Power Systems a/k/a General Electric Company